# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

WILLA J. FARIS,                            )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )          No. 2:07-CV-102
                                           )
LINDA M. SPRINGER, Director,               )
Office of Personnel Management;            )
Director, Thrift Savings Plan,             )
                                           )
                    Defendants.            )

## O R D E R

The parties' joint motion to dismiss and substitute parties [doc. 13] is

**GRANTED**.  Defendants Linda M. Springer and "Director, Thrift Savings Plan" are

dismissed from this civil action and are replaced with defendant "Gary Long, Executive

Director, Federal Retirement Thrift Investment Board."  The caption of this case shall be

amended to reflect the substitution of Gary Long in place of the original defendants.

**IT IS SO ORDERED**.

ENTER:


_____s/ Leon Jordan_____
United States District Judge